# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID GUIDO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC FUNDING SOURCE, INC.,<br><br>Defendant, | Case No.: 3:18-cv-01995-AJB-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT STRATEGIC FUNDING SOURCE, INC.**<br><br>**(Doc. No. 18)** |

Having considered the Joint Motion for Dismissal with Prejudice of Defendant STRATEGIC FUNDING SOURCE, INC. ("SFSI"), filed by INGRID GUIDO ("Plaintiff"), and Defendant SFSI (collectively referred to as the "Parties") as ECF No. 18, the Court orders as follows:

The Joint Motion for Dismissal With Prejudice of Plaintiff's claims against Defendant STRATEGIC FUNDING SOURCE, INC., is granted.

1  The Court hereby orders this case dismissed with prejudice as to Defendant
2  STRATEGIC FUNDING SOURCE, INC., with each party to bear their own fees
3  and costs.
4  **IT IS SO ORDERED**
5  Dated:  December 12, 2018

Hon. Anthony J. Battaglia
United States District Judge